IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02887-PAB-NYW

PETER GRAHAM WOOD,

    Plaintiff,

v.

UNION PACIFIC RAILROAD CO.,

    Defendant.
_____

# ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Motion for Administrative Closure, with Leave to Re-open [Docket No. 29] filed by counsel for the parties. Counsel for the parties state that plaintiff passed away on or about October 23, 2017 and request that the Court administratively stay this case pending appointment of a personal representative of plaintiff's estate. Docket No. 29 at 1, ¶ 1 and at 4, ¶ 15. It is

    **ORDERED** that the Joint Motion for Administrative Closure, with Leave to Re-open [Docket No. 29] is **GRANTED** to the extent that, pursuant to D.C.COLO.LCivR 41.2, this case is administratively closed. Either party may move to reopen the case for good cause. Appointment of a personal representative for plaintiff's estate will constitute good cause. It is further

    **ORDERED** that, not later than February 20, 2018, the parties shall file a status report with the Court advising the Court whether the case should be reopened for good cause for any further proceedings in this Court or whether the case should be dismissed.

    DATED November 21, 2017.